UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ZULI ZURLINES FERREIRA LEAL,** | Civil Action No. 26-291 (KSH) |
| Petitioner, | |
| v. | ORDER |
| **LUIS SOTO, et al.,** | |
| Respondents. | |

Petitioner Zulo Zurlines Ferreira Leal has filed a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, arguing that she is not subject to mandatory detention or expedited removal under 8 U.S.C. § 1225(b)(1) and is entitled to a bond hearing under 8 U.S.C. § 1226(a). (*See* ECF No. 1, Petition at ¶ 9.) She also filed a motion for a temporary restraining order, seeking to enjoin Respondents from transferring her out of this District or removing her from the United States while this matter is pending. (ECF No. 2.) On January 12, 2026, the Court temporarily enjoined Respondents from transferring Petitioner this District or removing her from the United States pending further order of the Court. (ECF No. 3.) On January 28, 2026, Petitioner filed a motion asking this Court to order Respondents to Show Cause as to why the Petition should not be granted and to set an expedited briefing schedule. (ECF No. 5.)

The Court has reviewed the Petition under Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b) ("Habeas Rules") and finds that a full answer is required. The Court grants the motion for an Order to Show Cause (ECF No. 5) to the extent Petitioner requests an expedited briefing schedule.

**IT IS**, on this 28th day of January 2026,

1

**ORDERED that the Court's January 12, 2026 Text Order temporarily enjoining Respondents from transferring Petitioner from this District or removing her from the United States REMAINS IN EFFECT pending further order of the Court**; the Clerk of the Court shall ADMINISTRATIVELY TERMINATE the TRO motion pending at ECF No. 2; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of the Petition and this Order upon Respondents by regular mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that, in accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b), this Court has examined the Petition and determined that dismissal of the Petition prior to submission of an answer and the record is not warranted; and it is further

**ORDERED** that the Clerk of the Court shall forward a copy of the Petition and this Order to Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that the motion for an Order to Show Cause (ECF No. 5) is GRANTED to the extent Petitioner seeks an expedited briefing schedule; it is further

**ORDERED that by Thursday, February 5, 2026 at 12 noon, Respondents shall file a full answer to the Petition that addresses <u>all legal arguments raised in the Petition</u> and in Petitioner's counsel's letter dated January 21, 2026 (ECF No. 4)**; and it is further

**ORDERED** that the response shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243, and provide the relevant legal analysis and record evidence supporting the asserted statutory basis for detention; and it is further

**ORDERED** that Respondent shall raise any factual disputes, appropriate defenses, and relevant legal arguments with citations to appropriate legal authority; and it is further

**ORDERED** that Respondent shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims; it is further

**ORDERED** that all exhibits must be identified by a descriptive name in the electronic filing entry, for example:

"Exhibit #1 Transcript of [type of proceeding] held on XX/XX/XXXX" or

"Exhibit #2 Opinion entered on XX/XX/XXXX by Judge YYYY;" and it is further

**ORDERED that Petitioner may file a letter reply by Thursday, February 12, 2026, at 12 noon.**

*s/Katharine S. Hayden*
Katharine S. Hayden, U.S.D.J.
